No. 1140. D. S. Brown Co. et al. v. Acme Highway Products Corp. C. A. 6th Cir. Certiorari denied.

No. 1141. Package Devices, Inc. v. Sun Ray Drug Co. et al. C. A. 3d Cir. Certiorari denied.

No. 1143. McMahan v. States Steamship Co. Sup. Ct. Ore. Certiorari denied.

No. 1144. Melzer v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 1145. Quest, Inc., et al. v. Mercantile National Bank of Chicago et al. C. A. 7th Cir. Certiorari denied.

No. 1149. Davenport v. City Rent and Rehabilitation Administration of the City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 1152. Baker Mfg. Co. v. Whitewater Mfg. Co. C. A. 7th Cir. Certiorari denied.

No. 1153. Charles Sales Corp. et al. v. Hodgskin et al. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 5704. Leeper v. Michigan. Sup. Ct. Mich. Certiorari denied.

No. 5960. Norman v. Georgia. Ct. App. Ga. Certiorari denied.

No. 6024. Washington v. Superior Court for Los Angeles County. Ct. App. Cal., 2d App. Dist. Certiorari denied.